**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-1674**

———————

MARY E. MILES,

Plaintiff - Appellant,

versus

ALEXIS M. HERMAN, Secretary, United States
Department of Labor,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Newport News. Raymond A. Jackson, District
Judge. (CA-97-112-4)

———————

Submitted: August 5, 1999          Decided: August 10, 1999

———————

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Mary E. Miles, Appellant Pro Se. Michael Anson Rhine, OFFICE OF
THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mary E. Miles appeals the district court's order dismissing her civil case. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Miles v. Herman</u>, No. CA-97-112-4 (E.D. Va. Apr. 5, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>